IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| MELANIE KITCHEN,<br><br>          Plaintiff,<br><br>v.<br><br>WALMART, INC., a Delaware corporation;<br>and ZACHARY ROBERTS, individually,<br><br>          Defendants. | Civil Action No. 2:21-CV-00128 |

## AGREED DISMISSAL ORDER

This day came the Plaintiff and Defendants, by their respective counsel, and announced to the Court that all matters and differences between them have been fully settled, compromised and adjusted; and upon their joint motion, it is considered by the Court, and so ORDERED, that this case be, and the same hereby is, dismissed with prejudice from the docket of the Court as having been fully settled, compromised and adjusted.

The Clerk of this Court is directed to send a certified copy of this Dismissal Order to all counsel of record.

      Entered this 15th day of February, 2022.

                                                                         Honorable John T. Copenhaver, Jr.

**PREPARED BY:**

*/s/ Constance H. Weber*
**Constance H. Weber, State Bar # 7270**
Littler Mendelson, P.C.
707 Virginia Street East, Suite 1010
Charleston, WV 25301
(304) 599-4600

**Counsel for Defendants**

**APPROVED FOR ENTRY BY:**

*/s/ John-Mark Atkinson*
**Mark A. Atkinson State Bar # 184**
**John-Mark Atkinson State Bar # 12014**
Atkinson & Polak, PLLC
P.O. Box 549
Charleston, West Virginia 25322
(304) 346-5100

**Counsel for Plaintiff**